Case 8:18-mj-02476-TMD Document 1-1 Filed 09/07/18 Page 1 of 2

18-MJ-2476

FILED ENTERED
LOGGED RECEIVED

SEP - 7 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# AFFIDAVIT

## I. Introduction

1. I am a Special Agent (SA) and have been employed with the U.S. Postal Service (Postal Service) Office of Inspector General (OIG), since February 2014. I have been an SA since June 2016. I am currently assigned to the Capital Metro Area Field Office, Mail Theft Team. As part of my duties, I investigate a wide variety of violations of federal criminal laws, including violations of Title 18, United States Code Sections 1701 (Obstruction of mail); 1703 (Delay or destruction of mail or newspapers) and 1709 (Theft of mail matter by officer or employee). My law enforcement training and experience has included the preparation, presentation, and service of criminal complaints, arrest warrants, and search warrants. I have experience in, and have received training in, general law enforcement, criminal investigations, and mail theft investigations.

2. This affidavit is submitted in support of a summons and criminal complaint charging **LAKENDRA DOZIER ("DOZIER")** with one count of theft by a Postal Service employee, in violation of Title 18, United States Code Section 1701.

3. The facts and information contained in this affidavit are based on my personal knowledge and observations made during the course of this investigation, information provided to me by other law enforcement personnel, information provided by witnesses, and/or a review of records and documents. I have not included every fact known to me about this investigation, but rather only those facts that are sufficient to establish probable cause.

## II. Details of Investigation & Probable Cause

4. The defendant **DOZIER** is employed by the United States Postal Service, Fort Washington Post Office, Fort Washington, MD. The defendant's responsibilities include delivering U.S. mail to a rotation of five delivery routes in Fort Washington, MD.

5. In May 2018, the Postal Service Office of Inspector General received a complaint that two mail pieces each containing a $200 prepaid Visa were stolen from Victim 1 (V-1) and Victim 2 (V-2). The customers receive a daily email from the U.S. Postal Service ("Informed Delivery") that includes photographs of mail and parcels that will be delivered to the customer's address on that day.

6. I reviewed the Informed Delivery email sent to V-1 and V-2 on May 3, 2018, which shows that they were to receive two letters from San Diego, each containing a $200 prepaid Visa card.

7. I obtained transaction information for the stolen prepaid Visas, showing the stolen cards were used at Walmart, Chipotle, Exxon Mobil, David's Liquors, and a salon named Weave Krave. On June 1, 2018, I obtained and reviewed video of an individual presenting and using one of the stolen cards at Weave Krave, District Heights, MD on May 4, 2018. According to the salon owner, the individual using the stolen card identified herself to the staff as an employee of the Fort Washington Post Office.

8. On June 4, 2018, I showed the video to W-1, manager customer services, Oxon Hill Post Office and Fort Washington Post Office. W-1 identified the female subject as **DOZIER**.

9. I also reviewed the Delivery Operations Information System, which shows that **DOZIER** delivered mail to Route 37 out of the Fort Washington Post Office on May 3, 2018. V-1 and V-2 live on mail delivery Route 37.

10. I interviewed **DOZIER** on June 12, 2018. She admitted to stealing the cards from the mail. **DOZIER** admitted to stealing other mail, and provided stolen, rifled mail pieces from her satchel. She also consented to a search of her vehicle and instructed OIG agents where they could find additional stolen, rifled mail inside the vehicle.

11. On June 12, 2018, I photographed and sorted the recovered mail. There were approximately 42 mail pieces, containing letters, greeting cards, gift cards, and credit cards. Many of the mail pieces were clearly missing pre-loaded Visa cards. I calculated a loss of approximately $857.00 (based on information on the mail pieces indicating the value of cards that were stolen and questionnaires sent to the victims).

12. Among the mail pieces in the defendant's car that were addressed to customers on the defendant's route were cards bearing postmarks of December 30, 2017, February 6, 2018, and June 9, 2018, all addressed to a persons other than the defendant.

13. Based on the foregoing, I respectfully submit that there is probable cause to believe that the defendant unlawfully opened mail directed to other people, in violation of Title 18, United States Code Section 1703. Therefore, I respectfully request that a summons and criminal complaint be issued for the defendant.

I hereby certify that the above affidavit is true to the best of my knowledge and belief.

S.A. Julianne Bythrow, USPS OIG

Sworn to before me, this 7th day of September, 2018

Gina L. Simms
United States Magistrate Judge

2